IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00931-RPM

ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, INC.,
an Illinois Corporation,

        Plaintiff,

v.

JAMES M. FASONE,

        Defendant.
_____

ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER
_____

On May 14, 2008, the plaintiff filed a Motion for Temporary Restraining Order and Preliminary Injunction. The complaint was filed May 5, 2008. The Court has reviewed the motion and the memorandum in support, together with the attachments, including the affidavit of Janice M. Garic, apparently filed in this action and civil actions filed in the United States District Court for the Eastern District of Missouri, Eastern Division, and the Untied States District Court for the Middle District of Tennessee, Nashville Division. The relief requested is a very broad injunction which does not comply with the requirements of Fed.R.Civ.P. 65(d) and the plaintiff has made an insufficient showing of irreparable injury. For these reasons, it is

ORDERED that the motion for temporary restraining order is denied. The motion for preliminary injunction will be scheduled at a time to be set after the issues have been joined in this case.

DATED: May 14th, 2008

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge