IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00931-RPM

ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, INC.,
an Illinois Corporation,

      Plaintiff,
v.

JAMES M. FASONE,

      Defendant.
_____

ORDER DENYING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND
TO MOTIONS FOR PRELIMINARY INJUNCTION AND FOR LIMITED EXPEDITED
DISCOVERY AND TO PRESERVE EVIDENCE
_____

  On June 3, 2008, the defendant filed a motion entitled Motion for Extension of Time to Respond to Motions for Preliminary Injunction and for Limited, Expedited Discovery and to Preserve Evidence. The plaintiff filed opposition on June 4, 2008. This Court on May 28, 2008, granted defendant's motion for extension of time to answer or otherwise respond to the complaint, extending the time through June 10, 2008. As this Court noted in the Order Denying Motion for Temporary Restraining Order, entered May 14, 2008, the motion for preliminary injunction will be scheduled after issues have been joined in the case. Procedural regularity in this matter requires that the defendant answer or otherwise respond to the complaint no later than June 10, 2008, and to respond to the plaintiff's Motion for Limited, Expedited Discovery and to Preserve Evidence. Accordingly, it is

  ORDERED that the defendant will answer or otherwise respond to the complaint on or before June 10, 2008, and it is

FURTHER ORDERED that the defendant will also respond to the plaintiff's Motion for Limited, Expedited Discovery and to Preserve Evidence on or before June 16, 2008, and it is

FURTHER ORDERED the Defendant's Motion to Stay or Adjourn All Proceedings Pending Transfer to Multidistrict Litigation Court is denied.

DATED: June 5th, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge