IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: July 1, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 08-cv-00931-RPM

ARTHUR J. GALLAGHER                                         Brett C. Painter
RISK MANAGEMENT SERVICES, INC., an Illinois corporation,    Michael D. Wexler

    Plaintiff,

v.

JAMES M. FASONE,                                            Susan S. Sperber
                                                            Joy T. Allen Woller
    Defendant.
_____

## COURTROOM MINUTES
_____

**Hearing on Motion to Dismiss**

**9:56 a.m.    Court in session.**

Court's preliminary remarks.

**ORDERED:** Michael D. Wexler appearance entered as out of state counsel for plaintiff. 312-460-5559, 131 South Dearborn St., Suite 2400, Chicago, IL 60603-5577. mwexler@seyforth.com.

Mr. Wexler states, in response to Court's inquiry that Arthur J. Gallagher Risk Management Services, Inc. is a publicly traded company and will confirm whether there is any 10% or greater ownership in any other entity.

9:59 a.m.    Argument by Ms. Sperber.

**ORDERED:** Defendant's Motion to Dismiss Plaintiff's Complaint or in the Alternative to Strike, filed June 10, 2008 [21], is denied with respect to the First Claim for Relief.

10:07 a.m.    Argument by Mr. Wexler.

Mr. Wexler states Colorado law is applicable.

July 1, 2008
08-cv-00931-RPM

10:22 a.m.     Rebuttal argument by Ms. Sperber.

**ORDERED:**   **Defendant's Motion to Dismiss Plaintiff's Complaint or in the Alternative to Strike, filed June 10, 2008 [21], is denied with respect to the Second and Third Claim for Reliefs and denied with respect to the motion to strike.**

10:28 a.m.     Argument by Mr. Wexler [8].

**ORDERED:**   **Defendant shall file an answer.**
**Scheduling Conference scheduled August 15, 2008 at 2:00 p.m.**
**No response to plaintiff's motion for preliminary injunction [6] by defendant is necessary at this time.**

**ORDERED:**   **Plaintiff's Motion for Limited Expedited, Discovery and to Preserve Evidence, filed May 14, 2008 [8], is denied.**

**10:38 a.m.    Court in recess.**

Hearing concluded.  Total time: 42 min.

2