IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00931-RPM

ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, INC.,
an Illinois Corporation,

        Plaintiff,

v.

JAMES M. FASONE,

        Defendant.
_____

ORDER SETTING SCHEDULING CONFERENCE
_____

Pursuant to the hearing convened today, it is

ORDERED that a scheduling conference will be held on **August 15, 2008, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on August 7, 2008.**

The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

Dated: July 1st, 2008

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
.                                     Richard P. Matsch, Senior District Judge