IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:                August 15, 2008
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Bernique Abiakam
_____

Civil Action No. 08-cv-00931-RPM

| ARTHUR J. GALLAGHER | Brett C. Painter |
| RISK MANAGEMENT SERVICES, INC., | |

    Plaintiff,

v.

| JAMES M. FASONE, | Susan S. Sperber |

    Defendant.
_____

## COURTROOM MINUTES
_____

**Scheduling Conference**

**1:48 p.m.       Court in session.**

Discussion regarding initial disclosures, related cases and discovery.

Counsel agree to prepare and submit a proposed order regarding electronic discovery with a clawback agreement and confidentiality terms.

Court states it will assign a special master for e-discovery if necessary.

Court reviews proposed scheduling order with counsel.

Counsel agree to complete initial disclosures by September 15, 2008.
Court identifies and corrects date error regarding Fasone's resignation date.

Court suggests counsel consider limited consolidation of related federal actions for discovery purposes only.

Mr. Painter informs Court that Plaintiff's pending Motion for Preliminary Injunction, filed May 14, 2008 [6], may not be pursued and can be held in abeyance.

**ORDERED:    Plaintiff's pending Motion for Preliminary Injunction, filed May 14, 2008 [6], is stayed.**

Court states it will convene a second scheduling conference if necessary and requested.

**ORDERED:    Scheduling Order approved.**

**2:19 p.m.       Court in recess.**   Hearing concluded.  Total time: 31 min.