IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00931-RPM

ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, INC.,
An Illinois Corporation,

    Plaintiff,

v.

JAMES M. FASONE,

    Defendant.

---

### ORDER GRANTING SECOND STIPULATED MOTION TO STAY

---

THIS MATTER, having come before the Court upon the parties' Stipulated Motion To Stay, and the Court having reviewed the Motion, and being fully advised,

Hereby GRANTS Defendant's Motion and hereby stays this action for thirty (30) days.

SO ORDERED this 16th day of October, 2008.

                BY THE COURT:

                s/ Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge