IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00931-RPM

ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, INC.,
An Illinois Corporation,

    Plaintiff,

v.

JAMES M. FASONE,

    Defendant.

---

## ORDER GRANTING THIRD STIPULATED MOTION TO STAY

Upon consideration of the parties' Third Stipulated Motion To Stay, it is

ORDERED that the motion is granted and this action is stayed until December 8, 2008.

DATED this 19th day of November, 2008.

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge