IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00931-RPM

ARTHUR J. GALLAGHER RISK MANAGEMENT SERVICES, INC.,
an Illinois Corporation,

        Plaintiff,

v.

JAMES M. FASONE,

        Defendant.
_____

ORDER OF DISMISSAL
_____

Upon review of the Unopposed Motion to Voluntarily Dismiss with Prejudice [45],

filed on December 4, 2008, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own

costs and attorneys' fees.

Dated: December 4, 2008

                      BY THE COURT:

                      s/Richard P. Matsch

                      _____
.                     Richard P. Matsch, Senior District Judge